UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-6047-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL ALLEN SMITH,

        Defendant.   /
_____



## REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court on April 29, 2011, for a final hearing on alleged violations of supervised release. The defendant is charged with violation of his supervised release:

1.    Violation of Mandatory Condition, by failing to refrain from violation of the law. On or about August 9, 2010, in Martin County, Florida, the defendant was arrested by the Martin County Sheriff's Office and was charged with the offense of Possession of Marijuana over 20 grams, in violation of Florida Statue 893.13.

2.    Violation of Mandatory Condition, by failing to refrain from violation of the law. On or about August 9, 2010, in Martin County, Florida, the defendant was arrested by the Martin County Sheriff's Office and was charged with the offense of Possession of Cannabis with Intent to Sell, in violation of Florida Statue 893.13.

The defendant consulted with counsel and will admit with explanation before the District Court to violating the conditions of supervised release. Based upon this finding, this Court recommends to the District Court that MICHAEL ALLEN SMITH be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Daniel T.K. Hurley, United States District Court Judge within fourteen (14) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 29th day of April, 2011.

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

c:  The Honorable Daniel T.K. Hurley
    Lothrop Morris, AUSA
    Robin Rosen Evans, AFPD
    John Minelli, USPO